July 11, 2017UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) NO. 2:15CR72- PPS/APR |
| EDUARDO IVEL, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Andrew P. Rodovich concerning defendant Eduardo Ivel's plea of guilty. Without objection, then, I adopt Judge Rodovich's findings that defendant understands the matters enumerated in Fed.R.Crim.P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Rodovich's Findings and Recommendation [DE 884] are ACCEPTED AND ADOPTED.

Defendant Eduardo Ivel's plea of guilty to Count 1 of the Third Superseding Indictment, a charge of Conspiracy to Participate in Racketeering Activity, in violation of 18 U.S.C. §1962(d), is ACCEPTED, and he is adjudged guilty of that offense.

The sentencing of Eduardo Ivel is set for October 24, 2017 at 1:00 p.m. Hammond/ Central time.

SO ORDERED.

ENTERED: July 25, 2017.

                                                      /s/ Philip P. Simon
                                                     PHILIP P. SIMON, JUDGE
                                                     UNITED STATES DISTRICT COURT